■ In the Matter of COLLETTE PERROTTO by Her Guardian ad Litem, MARION ABBONDONDOLO, et al., Appellants. SCHENCK TRANSPORTATION CO., INC., Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from so much of an order as denies appellants' application, under subdivision (f) of rule 4 of the Nassau County Supreme Court Rules, to relieve them of their consent to the removal of the action to the County Court, Nassau County, and denies other relief,

698

Order, insofar as appeal is taken, affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.